**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7652**

DEREK SPROUSE,

       Petitioner - Appellant,

   v.

COMMONWEALTH OF VIRGINIA,

       Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:21-cv-00670-RDA-IDD)

Submitted: March 29, 2022                          Decided: April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek Sprouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Sprouse, a Virginia inmate, appeals the district court's order dismissing, on 28 U.S.C. § 1915A review, his petition for writ of mandamus seeking an order directing the Supreme Court of Virginia to act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Sprouse v. Virginia*, No. 1:21-cv-00670-RDA-IDD (E.D. Va. Nov. 5, 2021). We deny Sprouse's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*